UNITED STATES DIstrict COURt
District of South CAROLINA

Jonathan Lee Riches; Richard Allison, and all others similarly situated,
Plaintiffs

V.

Stephen A. Saccoccia; Henry Lombard JR.,
Defendants

Class Action Suit Pursuant to Fed R. Civ. P. 20 & 23,
42 USC 1983 / Preliminary Injunction / TRO

Defendants are conspiring with FCI Williamsburg guards to smuggle cigarettes and narcotics in prison which created a unstable atmosphere with inmates. FCI Williamsburg is out of control violence, threats, extortions, this is a 14th amendment violation. Plaintiffs seek a TRO / Preliminary Injunction to stop the violence in prison

Jonathan Lee Riches
Richard Allison
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully